Argued and submitted December 12, 1997, appeal dismissed January 7, 1998

JOHN EMMINGHAM,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A91270 (Control), A95581)
(Cases Consolidated)

948 P2d 1259

Steve Gorham argued the cause for petitioner. On the brief were Sally L. Avera, Public Defender, and Eric M. Cumfer, Deputy Public Defender.

Christine A. Chute, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Appeal dismissed. ORS 144.335(3); *Luckey v. Board of Parole,* 150 Or App 480, 945 P2d 361 (1997).